UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CRIMINAL ACTION NO. 3:06CR-148-H

UNITED STATES OF AMERICA                                                                                      PLAINTIFF

V.

DAMON SHANKLIN                                                                                                   DEFENDANT

**MEMORANDUM AND ORDER**

Defendant has objected to the Magistrate's Report and Recommendation and makes several well-reasoned arguments. This is a case which depends in large part upon the credibility of the officer's testimony. Defendant certainly has a different view of events than the officers. Nevertheless, the Court generally agrees with the Magistrate's consideration of the issues and offers the following additional comments.

Defendant argues that the Court should not believe the officer's testimony about the purported traffic violations. While certain parts of the evidence do call the officer's testimony into question, the Magistrate Judge is in the best position to determine overall credibility. The Court declines to make its own determination on credibility. Almost immediately after the initial traffic stop, the officers noticed a weapon clearly accessible to several convicted felons. These circumstances justified the pat down and searches that followed.

Defendant's strongest argument is that his statements during custodial interrogation should be suppressed because he requested counsel. Defendant says that the officers continued their questioning even after he made this request. The tape could be subject to various

interpretations.  The Magistrate considered all the circumstances and concluded that Defendant only mentioned the need for an attorney in connection with the signing of his Miranda waiver. This is a close call, but the Court believes the Magistrate was correct that Defendant never unequivocally and unambiguously invoked his right to counsel.

Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the Court accepts the Magistrate's Report and Recommendation and Defendant's motion to suppress is DENIED.

cc:	Counsel of Record